

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

§

JAIME ALBERT PRIMERA, § No. 08-19-00135-CR

            Appellant, § Appeal from the

v. § 112th District Court

THE STATE OF TEXAS, § of Pecos County, Texas

            State. § (TC# P-3845-112-CR)

§

## <u>CORRECTED O R D E R</u>

The reporter's record was initially due to be filed on June 26, 2019. The Court has granted five extensions of time to file the reporter's record, most recently extending the filing deadline until September 15, 2019.  As of this date, the reporter's record has not been filed.

Therefore, it is ORDERED that the trial court conduct a hearing to determine why the reporter's record has not been filed, and to make appropriate findings and recommendations.  The trial court shall forward its findings to the **District Clerk of Pecos County, Texas,** on or before October 8, 2019.  The District Clerk shall prepare and forward a supplemental clerk's record containing the trial court's findings and forward the same to this Court on or before October 18, 2019.  Further, the trial court's reporter shall prepare, certify, and file the record of the trial court proceedings with this Court on or before October 18, 2019.

IT IS SO ORDERED this 18th day of September, 2019.

PER CURIAM